NO. 07-05-0326-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL D

NOVEMBER 8, 2005

______________________________

ERNIE A. TUCKER d/b/a AGRI-BUSINESS INSURANCE AGENCY,

Appellant

v.

ANCO U.S. PRODUCERS GROUP OF LUBBOCK, INC.,

Appellee

_________________________________

FROM THE 99
TH
 DISTRICT COURT OF LUBBOCK COUNTY;

NO. 2004-527,799; HON. MACKEY K. HANCOCK, PRESIDING

_______________________________

ON MOTION TO DISMISS

________________________________

Before QUINN, C.J., and REAVIS and CAMPBELL, JJ.

Ernie A. Tucker, d/b/a Agri-Business Insurance Agency, appellant, has filed a motion to dismiss this appeal because he no longer wishes to pursue it.  Counsel for Anco U.S. Producers Group of Lubbock, Inc., appellee, agreed to the motion.  Without passing on the merits of the case, we grant the motion per Texas Rule of Appellate Procedure 42.1(a)(2) and dismiss the appeal.  Having dismissed the appeal at appellant’s request, no motion for rehearing will be entertained, and our mandate will issue forthwith. 

Brian Quinn

          Chief Justice